**Order entered December 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01215-CV

### HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant

### V.

### PATRICK DAUGHERTY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

Before the Court is the Dallas County District Clerk's request for a thirty-day extension of time to file the clerk's record. The District Clerk's request is **GRANTED**. The clerk's record in this case shall be filed within **THIRTY DAYS** of the date of this order.

/s/    CRAIG STODDART
JUSTICE